01

02

03

04

05

06                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                 AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )    CASE NO. MJ 12-047
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )    DETENTION ORDER
11  WILLIAM ALEXANDER SIERRA,              )
                                           )
12          Defendant.                     )
    _____ )
13

14  <u>Offense charged</u>:      Receipt of Material Constituting or Containing Child Pornography;

15  Possession of Child Pornography

16  <u>Date of Detention Hearing</u>:    January 26, 2012.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably

20  assure the appearance of defendant as required and the safety of other persons and the

21  community.

22  / / /


DETENTION ORDER
PAGE -1

01    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02         1.     Defendant's criminal history includes a 2004 conviction for Communication

03 with a Minor – Immoral Purposes.  Defendant does not contest detention.

04         2.     Defendant poses a risk of danger due to the nature of the current charges,

05 criminal history, and statements made to the arresting officers during an interview.

06         3.     There does not appear to be any condition or combination of conditions that will

07 reasonably assure the defendant's appearance at future Court hearings while addressing the

08 danger to other persons or the community.

09 It is therefore ORDERED:

10   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

11      General for confinement in a correction facility separate, to the extent practicable, from

12      persons awaiting or serving sentences or being held in custody pending appeal;

13   2.  Defendant shall be afforded reasonable opportunity for private consultation with

14      counsel;

15   3.  On order of the United States or on request of an attorney for the Government, the

16      person in charge of the corrections facility in which defendant is confined shall deliver

17      the defendant to a United States Marshal for the purpose of an appearance in connection

18      with a court proceeding; and

19   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

20      for the defendant, to the United States Marshal, and to the United State Pretrial Services

21      Officer.

22 / / /

01          DATED this <u>26th</u> day of January, 2012.

02

03                                              _____
                                                Mary Alice Theiler
04                                              United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22


DETENTION ORDER
PAGE -3